

| (12) | **United States Patent** | (10) Patent No.: | **US 9,828,754 B2** |
|---|---|---|---|
| | Smith | (45) Date of Patent: | **Nov. 28, 2017** |

(54) **SINK CLAMP AND METHODS**

(71) Applicant: **David Smith**, Chattanooga, TN (US)

(72) Inventor: **David Smith**, Chattanooga, TN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 235 days.

(21) Appl. No.: **14/566,112**

(22) Filed: **Dec. 10, 2014**

(65) **Prior Publication Data**

US 2016/0348346 A1    Dec. 1, 2016

(51) **Int. Cl.**
*E03C 1/33*    (2006.01)

(52) **U.S. Cl.**
CPC .................................... *E03C 1/335* (2013.01)

(58) **Field of Classification Search**
CPC .................................. E03C 1/335; E03C 1/33
USPC ..................................................... 4/632, 633
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2003/0215304 A1* | 11/2003 | Natero | E03C 1/33 411/107 |
| 2009/0307881 A1* | 12/2009 | Davey | E03C 1/33 24/457 |
| 2012/0311780 A1* | 12/2012 | Pridemore | E03C 1/33 4/633 |

* cited by examiner

*Primary Examiner* — Tuan N Nguyen

(57) **ABSTRACT**

A clamping device for mounting a sink to a counter includes a clamp having a clamp body and a binding spring, a binding lip for insertion through a first slot in the bottom surface of the countertop adjacent to the sink, the clamp and binding lip connected to the clamp body and extending away therefrom at least partially over an edge of the sink, and a clamp screw for insertion through a first opening in the clamp body and against a solid portion of the binding spring interposed between the clamp screw and the edge of the sink.

**21 Claims, 2 Drawing Sheets**

 

**EXHIBIT A**



FIG.1



FIG.2



EXHIBIT A

US 9,828,754 B2

1

# SINK CLAMP AND METHODS

## FIELD OF THE INVENTION

The present invention relates to the countertop industry. More particularly, the present invention relates to mounting clamps which connect sinks to countertops.

## BACKGROUND OF THE INVENTION

Conventional clamp methods and systems for attaching an undercounter sink to the underneath side of a counter, especially when the counter is made of granite or another hard surface, are time consuming and often subject to failure due to human error. In one conventional system, a sink is attached a counter using clips, typically supplied with the sink, that require drilling into the hard surface of the counter with an oversize diamond drill, inserting a threaded insert into the hole drilled therein utilizing a two-part epoxy, and then attaching the sink to the threaded insert with a screw and a clip to clamp the sink into place. This conventional system is time-consuming to install, and overtightening of the screw may cause the insert to pull out of the counter, while attaching the screw and the clip in the confined space under the counter is often difficult.

Another conventional system requires wider undercutting a slot into the hard material of the countertop and then inserting a nut fastener into the slot with the head received and retained above the slot and the shaft extending downwardly through the slot. The sink is fit over the fastener from below, and then a clip and nut are required to clamp the sink to the countertop by the fastener. This system can create a strong clamping of the sink, but is also believed to be difficult and time consuming to implement.

In another conventional system, special studs are typically glued to the underside of the countertop using a two-part epoxy, and the sink is held to the counter by tightening a clip and nut to the studs similar to the systems described above. In this system, the sink is directly attached to the counter only by gluing means, which is believed to create reliability problems. Implementation of this system is also believed to be difficult to perform in confined spaces, such as when the countertop is attached to the counter prior to installation of the sink.

Another known method is to build a wooden cradle under the countertop for the sink to rest upon. In addition to being labor intensive, this method typically renders the sink non-removable from the countertop.

A similar conventional method is to hang the sink on a wire sling attached to the base of the counter cabinet. This method, however, is also very time consuming to implement, and difficult to standardize among sinks and cabinets of varying size.

A still further method of attaching a sink to a granite or stone countertop is believed to require first cutting slots into the underside of the countertop to accept "L" shaped spring clips. Such spring clips, however, usually require at least two pieces, and must be hammered into place, which is very difficult in the confined space under the sink. This method is costly, and moreover, the required hammering action risks damaging the sink and countertop material. Additionally, extreme care must be taken when cutting the slots, which must be perpendicular to the surface of the countertop, or the countertop could be ruined. Yet another method and direction is shown in U.S. Published Patent Application No. 2012/0311780 which shows the drilling of holes into the

2

underside of the countertop. Drilling holes into the countertop is believed to be slow in many circumstances.

## SUMMARY OF THE INVENTION

The present clamping device, system, and methods are believed to allow for an advantageous quick and easy attachment of a sink to a surface of a counter.

In a preferred embodiment, a clamping device is provided for mounting a sink to a counter. The clamping device provides a clamp having a clamp body and an optional binding or clamping spring, a binding or clamping lip for insertion into a slot in a surface of the counter adjacent to a clamped article. The clamp body and binding spring are connected to the binding lip and extend away therefrom at least partially over an edge of the clamped article. A clamp screw is then inserted through an opening in the clamp body and against a portion of the binding spring interposed between the clamp screw and an edge of the clamped article.

In at least one preferred embodiment, a counter system includes a countertop, a sink configured to fit with an opening of the countertop, and plumbing, as well as at least one, if not a plurality, of clamping devices for attaching the sink to the countertop. The clamping devices include a clamp including an opening disposed toward an end of a clamp body and a binding lip inserted internal to the countertop from a bottom surface. The binding lip is integrally formed with the clamp body for insertion into a slot in a lower or bottom surface of the countertop adjacent to the sink external to a perimeter of the sink, and a clamp screw for insertion through the opening in the clamp body and against the edge of the sink or the binding spring, if utilized.

In another embodiment, a method of installing a sink to a countertop includes the steps of forming an opening in the countertop corresponding to a shape of an outer edge of the sink, the opening being smaller than a perimeter of the outer edge of the sink, positioning the sink about the opening in the countertop, grinding a plurality of slots partially through a thickness of the countertop from the bottom, the plurality of slots located adjacent to but outside of the perimeter of the outer edge of the sink, inserting a binding lip of one of a plurality of clamping devices through each respective slot to assist in holding the sink against the countertop, threading a plurality of clamp screws into a respective first opening of each of a plurality of clamp bodies of the plurality of clamping devices, each of the clamp bodies having second openings for connecting the binding spring to the clamp body, and each of the first openings preferably being disposed below the outer edge of the sink, and tightening each of the plurality of clamp screws against the outer edge of the sink (or binding springs) to securely install the sink against the countertop. The binding lips may be held by friction and/or adhesives in the slots.

## BRIEF DESCRIPTION OF THE DRAWINGS

The particular features and advantages of the invention as well as other objects will become apparent from the following description taken in connection with the accompanying drawings in which:

FIG. **1** is a side plan view of a clamping device, according to an embodiment;

FIG. **2** is a bottom plan view of a sink attached to a counter surface utilizing the clamping devices of FIG. **1** of the presently preferred embodiment;

FIG. **3** is a perspective view of the binding system as shown in FIG. **1**;

FIG. **4** is a perspective view of the clamp body as shown in FIG. **1**;

FIG. **5** is a cross sectional view of a sink attached to a counter surface utilizing the clamping devices of FIG. **1** of the presently preferred embodiment; and

FIG. **6** is an enlarged portion of the partial sectional side view of the embodiment shown in FIG. **5**.

DETAILED DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a clamping device **1** according to an embodiment. In a preferred embodiment, the clamping device **1** includes a clamp **10**, a binding or clamping lip **14**, and a clamp screw **15**. The clamp **10** may further include a binding or clamping tab **16** and a clamp body **17** extending away from the binding lip **14** at substantially a right angle to a lengthwise direction of the binding lip **14**. The clamp **10** is configured to apply force as described below.

FIG. **2** illustrates a sink **11**, which may be positioned below and about a sink opening **13**, and attached to a lower/under surface of a countertop **12** by utilization of one or more of clamping devices **1**. The countertop **12** may have at least one slot or a plurality of slots **18** ground into the lower surface to receive the lip **14** of a respective clamping device **1**. Each slot **18** may be adjacent to a nearest edge of the sink **11**. In an embodiment, a slot **18** may be ⅞" deep ground with a 4" or other diameter grinding wheel to accept an approximately sized binding lip **14**. All or individual components of the clamping device **1** may be formed of rigid steel or plastic, or a material of sufficient strength to hold the sink **11** to the countertop **12** without breaking or separating. The binding spring **16** and/or clamp body **17** may be alternatively formed of spring steel, or another strong but flexible material. The binding lip **14** may be made of a rigid material, such as steel, plastic, or a reinforced resin.

Preferably the clamp **10** is a unitary or integral structure of the clamp body **17** formed with the binding lip **14** from a single material, such as a bent metal product. The clamp body **17** is preferably formed from a planar member with a single width that has been bent into a desired shape to provide the binding lip **14** as well as the clamp body **17** as illustrated. Furthermore, by manufacturing in this manner, the thickness **42** is less than half of the width **32** and in the preferred embodiments, the thickness **42** is less than ⅓ of the width **32** or less than ¼ of the width for many embodiments. This is believed to provide a more secure fit within a slot **18** such as is shown in FIG. **2**. In the presently preferred embodiment, the clamping body **17** has a first portion **43** which may be parallel to a second portion **45**. Clamp screw **15** is shown proceeding through first bore or hole **9** and the spring screw **47** may then be inserted through bore **15** or binding spring **16** and secured into the second hole or bore **7** as illustrated.

The clamp body **17**, the binding spring **16**, the binding lip **14** and the clamp screw **15** can be seen in FIG. **1**.

FIG. **5** illustrates an enlarged portion of the partial sectional side view of the embodiment shown in FIG. **2**. In the example of FIG. **2**, the slot **18** may be formed only part of the way into the countertop **12** from its underside **9**. As best seen with respect to FIGS. **1** and **2** as well, the binding lip **14** may then be inserted into the slot **18** directly. In an embodiment, the binding spring **16** may be screwed directly to the clamp body **17** at one end thereof such as with clamp screw **15**.

Once the binding lip **14** is so inserted into the slot **18**, the clamp screw **15** may be inserted into a first hole **9** in the clamp body **17**, which itself may be positioned over a nearest edge of a rim **5** of the sink **11**. Once so positioned, the clamp screw **15** may be turned (typically clockwise) in the second hole **7**, which may be threaded to correspond to the threading of the clamp screw **15** to enable the clamp screw **15** to push an opposing end **3** of the binding spring **16** down against the sink rim, causing the binding lip **14** to bind in the slot **18** while simultaneously clamping the sink **11** to the countertop **12**. The opposing end of the binding spring **16** may be solid, and need not include an additional opening corresponding to the clamp screw **15**.

In use, the sink **11** may be positioned under the sink opening **13** (or to the underside of the countertop **12** if the countertop itself has not yet been installed to a counter) in the countertop **12**. In an embodiment, countertop **12** may be made of granite or another hard surface material. The binding **14** of each clamping device **1** may be received in a respective slot **18**. The countertop **12** may include a plurality of slots **18** sufficient to hold the sink **11** securely to the countertop **12**. The binding lip **14** may be inserted into the slot **18**. The corresponding hole in the binding spring **16** may receive retainer such as rivet or spring screw **27** at first end **29** of binding spring **16** which may be opposite second end **3**. The spring screw **27** may also be directed through a first hole **31** in the first clamp body **17** to retain binding spring **16** to the clamp body **12**. In an embodiment, the minimal pressure may be by hand or tapping from a hammer or mallet. In an embodiment, the binding lip **14** may be held into place in the slot **18** by static friction from appropriate sizing of the slot **18** with respect to the binding lip **14** or by inclusion of a wax coating or possibly an adhesive on the binding lip **14**, which may allow additional friction between the binding lip **14** and the slot **18**, as best seen in FIG. **3**.

Once the binding lips **14** are positioned in the respective slots **18**, the clamping device **1** may be distributed around the sink **11** to support the weight of the sink **11** on the respective clamp bodies **17**. While the weight of the sink **11** is so supported by the clamp bodies **17**, a fitter may be able to move the sink **11** on the clamping devices **1** to fit the sink **11** into a desired position about the sink opening **13**. Once the sink **11** is in the desired position about the sink opening, the clamp screw **15** may be screwed into the opposing end of the clamp body **17** away from the respective solid end of the binding spring **16** that presses against the edge of the sink **11**. The tightening of the clamp screw **15** to separate the clamp body **17** and binding spring **16** at the opposing end of the clamp **10** typically causes the first end of the binding tab **16** and clamp body **17** about the binding lip **14** to securely pull against the binding lip **14** and thereby clamp the sink **11** to the work surface **12**. In the fully installed position, each clamping device **1** may be capable of carrying a significantly greater amount of weight placed on each clamp body **17**. A shape of the clamp **10** allows the holding strength to become stronger when more pressure is exerted to the clamp screw **15** either by torque or by separation force between clamp **10** and work surface **12**.

In an embodiment, the binding lip **14** may have ridges cut into it to allow for additional gripping friction within the slot **18**. A wax adhesive or sacrificial substance may additionally be applied to the binding lip **14** in this example to further aid the clamping device **1** to be pressure fitted with and into the hole **18**. As best seen in FIG. **1**, the opposing end of the clamp **10**—including the clamp body **17** and binding spring **16**—may be configured to accept sinks **11** of various edge thicknesses, or even a varying thickness around the edge of a single sink **11**, without having to include additional parts to clamp the edge to countertop **12**. The shape of the clamp **10** provides for a universal fitting. Additionally, according to

EXHIBIT A

US 9,828,754 B2

| 5 | 6 |

an embodiment, the friction of the binding lip **14** within the slot **18** may, when clamped, securely hold the sink **11** to the countertop **12** when the binding lip **14** is fully inserted through the clamp **10** into the slot **18** (e.g., FIG. **1**), or when the binding lip **14** is only partially inserted through the clamp into the slot **18**. The binding lip may thus be of sufficient length to allow for universal fitting to countertops of varied, or varying, thicknesses, without having to shorten the length of the binding lip.

Other embodiments of the present clamping device are contemplated by the present inventor, including a clamp **10** without a binding spring **16**, where the clamp body could serve as the entire clamp. In this example, the clamp screw **15** will press directly against the edge of the sink **11** when tightened, instead of the binding spring **16**. The clamping device would otherwise function the same as described above. The binding lip **14** is preferably the same width **30** as the clamp body **32** and is formed of a single piece of material (i.e., a single piece of unitary material and/or integral and/or integrally formed).

In an embodiment, the sink **11** may be installed to a countertop **12** utilizing the clamping device **1** according to the following steps. The countertop **12** may first be placed bottom side up on a workbench (not shown), for easier access to a fitter. Where the countertop is made of a very heavy and hard material such as granite, it may be particularly advantageous to work on the bottom side from above the countertop **12** prior to its installation to a counter. The sink **11** may then be placed substantially into position on the bottom side of countertop **12**. A mark may then be placed on the countertop **12** at a desired position of the aligning slots about the binding lip **14** of each clamping device **1** about the edge of the sink **11**. In an embodiment, the respective marks may be approximately ½" from the edge or perimeter of the sink **11**. The slots **18** may then be ground at each of the marks to receive the respective binding lips **14**. In an embodiment, the slots **18** may be ¼' in width and ⅞" deep into a thickness of the countertop **12**. The slots **18** preferably do not pass all the way through the countertop **12**. The countertop **12** may then be installed onto cabinets of a counter by conventional methods.

In some embodiments, the clamping device **1** may be pre-assembled, such that the binding lip **14**, clamp screw **15**, binding spring **16**, and clamp body **17** are fitted together to only require insertion of the binding lip into a respective slot **18** and tightening of the clamp screw **15**. By these configurations, the present embodiments eliminate the need to inventory and keep track of various parts (e.g., flat clips, nuts, inserts, studs, washers, etc.) conventionally needed to attach an article, such as a sink, to a surface.

Furthermore, due to the often very crowded and limited work space available under a kitchen sink, including but not limited to plumbing supply lines and drains, it is conventionally very difficult to use two hands when installing under counter sinks from below, even though use of both hands is typically required in such conventional installations. According to the present embodiments, however, the present clamping devices and methods may be fully implemented through one-handed installation, which greatly simplifies the installation of an under counter sink from below. The binding lip **14** may be directed into the slot **18**. Inserting by hand is preferred.

Another advantage to the present embodiments is that no special tooling is required to complete a sink installation. The only tooling required to accomplish the steps described above may be a standard grinder such as one having a diamond blade (if the countertop **12** is made of a hard stone material such as granite, for example). Use of a relatively small width for the slot **18**, as described above, also allows for very fast and economical cutting or grinding.

According to the present embodiments described herein, the clamping device **1** may be configured such that, once the device is installed, the greater the separating force that can be achieved between the sink **11** and the countertop **12**, the higher the holding power that will be realized by the device. One of ordinary skill in the art will further appreciate, after reading and comprehending the present disclosure, that a clamping device according to the present embodiments will further allow a sink that is installed as described above to be more easily removed than can be conventionally accomplished, at a later time if desired, and without risking the countertop to damage from the removal.

Changes may be made in the above methods and systems without departing from the scope hereof. The present inventor further contemplates that the many features disclosed herein may be used together or in combination with the other features disclosed among the several embodiments of the invention. It should thus be noted that the matter contained in the above description or shown in the accompanying drawings should be interpreted as illustrative and not in a limiting sense. The following claims are intended to cover all generic and specific features described herein, as well as all statements of the scope of the present method and system, which, as a matter of language, might be said to fall there between.

Numerous alterations of the structure herein disclosed will suggest themselves to those skilled in the art. However, it is to be understood that the present disclosure relates to the preferred embodiment of the invention which is for purposes of illustration only and not to be construed as a limitation of the invention. All such modifications which do not depart from the spirit of the invention are intended to be included within the scope of the appended claims.

Having thus set forth the nature of the invention, what is claimed herein is:

1. An undercounter sink attachment system comprising:
   a sink having an outer edge configured to fit about an opening of a countertop having a generally vertical slot formed in a bottom surface of the countertop beside the sink, the slot extending generally alongside the outer edge of the sink when the sink is positioned about said opening under the countertop; and
   a clamping device for attaching the sink to the countertop, the clamping device having:
   a clamp body having an insertable end, said insertable end being configured to insert into the slot of the countertop above the clamp body in an upward insertion direction; and
   a clamping spring connected to the clamp body, the clamping spring in a relaxed state including a deflectable portion extending upwardly form the clamp body forming an upward angle, said upward angle of the relaxed deflectable spring portion configured to be deflected by contact of the deflectable spring portion with a peripheral portion of the sink toward an angle of the peripheral sink portion to transmit an upward clamping force to said portion of the sink when the insertable end is inserted into the slot, wherein the clamping spring has a hole and the clamping spring is connected to the clamp body by a fastener horizontally offset from the insertable end.

2. The undercounter sink attachment system of claim **1** wherein the fastener comprising one of a screw and a rivet

EXHIBIT A

extending through the hole in the clamping spring and through a spring attachment opening in the clamp body.

3. The undercounter sink attachment system of claim 2, further comprising a clamping screw extending threadably through a clamping screw opening in the clamp body, the clamping screw configured to transmit a generally upward force to one of the clamping spring and the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop when the insertable end is inserted into the slot.

4. The undercounter sink attachment system of claim 3 wherein the clamping screw and spring attachment openings are located on first and second respective portions of the clamp body, and said first and second portions are parallel.

5. The undercounter sink attachment system of claim 3 the insertable end being comprised in a vertical portion of the clamp body bent approximately perpendicularly relative to a horizontal portion of the clamp body that comprises said clamping screw opening.

6. The undercounter sink attachment system of claim 1 further comprising a plurality of similarly constructed clamping devices securing the sink to the countertop.

7. The undercounter sink attachment system of claim 1, said clamp body including said insertable end being integrally formed from a single piece of material.

8. The undercounter sink attachment system of claim 1, wherein the clamping spring is a leaf spring, and the deflected angle of the deflectable portion of the clamping spring is configured to be aligned with the angle of the peripheral sink portion when the insertable end of the clamping device is inserted into the countertop slot.

9. The undercounter sink attachment system of claim 1, the clamping spring further comprising a generally flat connecting portion connected to the clamp body, and said deflectable spring portion comprising a generally flat portion of the clamping spring.

10. The undercounter sink attachment system of claim 9, the clamping spring further comprising a sharp bend disposed between the connecting spring portion and the deflectable spring portion.

11. A clamping device for mounting a sink to a countertop comprising:
  a clamp body;
  an insertable end of the clamp body, said insertable end being configured for insertion in an upward insertion direction into a slot in a bottom surface of a countertop about a perimeter of a sink, and a width of the slot extending generally alongside the perimeter of the sink; and
  a clamping spring connected to the clamp body, the clamping spring in a relaxed state including a deflectable portion extending at an upward angle, the deflectable spring portion in said relaxed state configured to contact a portion of the sink when the insertable end is partially inserted into said slot and to be deflected by contact with the portion of the sink to transmit an upward clamping spring force to the portion of the sink when the insertable end is further inserted into said slot, wherein the clamping spring has a hole and the clamping spring is connected to the clamp body by a fastener horizontally offset from the insertable end.

12. The clamping device of claim 11 wherein the fastener comprising one of a screw and a rivet extending through the hole in the clamping spring and through a spring attachment opening in the clamp body.

13. The clamping device of claim 12, further comprising a clamping screw configured to be inserted through a clamping screw opening in the clamp body, wherein, when the insertable end is inserted into the slot, the clamp body is located so that the clamping screw inserted through said clamping screw opening in the clamp body transmits a generally upward clamping screw force to one of the clamping spring and the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop.

14. The clamping device of claim 13 wherein the clamping screw and spring attachment openings are located on first and second respective portions of the clamp body, and said first and second portions are parallel.

15. The clamping device of claim 13 the insertable end being comprised in a vertical portion of the clamp body bent approximately perpendicularly relative to a horizontal portion of the clamp body that comprises said clamping screw opening.

16. The clamping device of claim 13, the clamping spring comprising an opening to permit the clamping screw to extend through the opening to contact directly said portion of the sink.

17. The clamping device of claim 11 the clamping spring being removable from the clamp body, and the clamping screw configured to contact the portion of the sink directly, to transmit said generally upward force to the portion of the sink to at least assist in holding the sink to the bottom surface of the countertop, when the clamping spring is removed, the insertable end is inserted into the slot, and the perimeter of the sink is disposed alongside the slot.

18. The clamping device of claim 11, said clamp body including said insertable end being integrally formed from a single piece of material.

19. The clamping device of claim 11, the clamping spring further comprising a generally flat connecting portion connected to the clamp body, and said deflectable spring portion comprising a generally flat portion of the clamping spring.

20. The clamping device of claim 19, the clamping spring further comprising a sharp bend disposed between the connecting spring portion and the deflectable spring portion.

21. A method of installing a sink to a countertop, a perimeter of the sink being configured to fit about an opening of the countertop, comprising:
  forming a slot extending generally upwardly into a bottom surface of the countertop, the slot having a width longer than a thickness of the slot, the width of the slot extending alongside the perimeter of the sink when the sink is positioned under the countertop;
  inserting an insertable end of a clamp body of a clamping device into the slot;
  when the insertable end is partially inserted into the slot, contacting a portion of the sink with a deflectable end portion of a clamping spring connected to the clamp body, the deflectable portion extending away from the insertable end of the clamp body at an upward angle when the clamping spring is in a relaxed state; and
  when the insertable end is further inserted into the slot, deflecting said deflectable spring portion against the portion of the sink to transmit a generally upward clamping spring force to the portion of the sink, wherein the clamping spring has a hole and the clamping spring is connected to the clamp body by a fastener horizontally offset from the insertable end.

\* \* \* \* \*

EXHIBIT A