

# ALONG abrasive tools

## STONE TOOLS AND ACCESSORIES
## PREMIUM QUALITY



**ALONG TOOLS INC**
**RIZHAO ALONG ABRASIVE TOOLS CO.,LTD.**

日照澳龙研磨工具有限公司

EXHIBIT B

日照澳龙研磨工具有限公司
RIZHAO ALONG ABRASIVE TOOLS CO.,LTD.

## Other Tools



Items: AL0134
Falt Bracket 1/4"T
Size: 8"X2-3/8"   9"X2-3/8"
10"X2-3/8"   12"X2-3/8"
14"X2-3/8"   15"X2-3/8"
16"X2-3/8"   18"X2-3/8"
20"X2-3/8"   24"X2-3/8"



Items: AL0135
Falt Bracket 1/2"T
Size: 8"X2-3/8"   9"X2-3/8"
10"X2-3/8"   12"X2-3/8"
14"X2-3/8"   15"X2-3/8"
16"X2-3/8"   18"X2-3/8"
20"X2-3/8"   24"X2-3/8"



Items: AL0136
25,L Shaped Bracket 90 degrees 1/2" T
Size: (6"+6")Lx2-3/8"
(8"+8")Lx2-3/8"
(10"+10")Lx2-3/8"
(12"+12")Lx2-3/8"
(14"+14")Lx2-3/8"
(16"+16")Lx2-3/8"



Items: AL0137
Forward L Hideen Countertop Supports 1/4" T
Size: (10'+4.2")L x 2-3/8"
(12'+4.2")L x 2-3/8"
(15'+4.2")L x 2-3/8"



Items: AL0138
Epoxy Sink Clips



Items: AL0139
U Clips



Items: AL0140
U Brackert



Items: AL0141
Stud with Wing Nut



Items: AL0142
Z Bracket



Items: AL0143
Undermount Sink Clips



Items: AL0144
L Bracket



Items: AL0145
Smail Quick Clips



Items: AL0146
U Clips



Items: AL0147
Large Quick Clips



Items: AL0148
Pop-it Universal Sink Clips



Items: AL0149
Bolt Spring Sink Clips



EXHIBIT B