United States District Court
Southern District of Texas
**ENTERED**
March 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GoClips, LLC, and | § | CIVIL ACTION NUMBER |
| Z Keepers, LLC, | § | 4:25-cv-00355 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Along Tools, Inc, and | § | |
| Rizhao Along Abrasive | § | |
| Tools Co LTD, | § | |
| Defendants. | § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiffs GoClips, LLC, and Z Keepers, LLC, sue Defendants Along Tools, Inc, and Rizhao Along Abrasive Tools Co for patent infringement. Dkt 1 at ¶¶31–50. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 21.

Plaintiffs sought and obtained an entry of default against both Defendants. See Dkt 17. They then moved for default judgment. Dkt 22. The Magistrate Judge entered a Memorandum and Recommendation recommending that the motion be granted as to Along Tools but denied as to Rizhao for lack of proper service. Dkt 23.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

Plaintiffs filed objections solely as to the portion of the Memorandum and Recommendation finding lack of proper service on Rizhao. Dkt 24. Also submitted was a supplemental declaration.

On *de novo* review and determination, the objections lack merit. The Memorandum and Recommendation is thorough and well-reasoned. The Magistrate Judge correctly found that Plaintiffs had provided insufficient evidence of Andy Zhao's role in Rizhao, and thus it is unclear whether service on Zhao served as adequate service on Rizhao under Nevada law. See Dkt 23 at 6–7. The supplemental declaration is rejected as improperly submitted. The objections otherwise fail to show that default judgment should be entered against Rizhao.

The objections by Plaintiffs GoClips, LLC, and Z Keepers, LLC, to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 24.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 23.

The motion by Plaintiffs GoClips, LLC, and Z Keepers, LLC, for default judgment is GRANTED IN PART and DENIED IN PART.

It is GRANTED as to Defendant Along Tools, Inc.

It is otherwise DENIED. Dkt 22.

As such, default judgment is now ENTERED against Defendant Along Tools, Inc. It is thus found to be liable for direct patent infringement as asserted and permanently enjoined from further infringing the '754 patent.

SO ORDERED.

Signed on March 16, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge