United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GOCLIPS, LLC and Z KEEPERS, LLC, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-00355 |
| | § | |
| | § | JUDGE CHARLES ESKRIDGE |
| versus | § | |
| | § | |
| ALONG TOOLS, INC and RIZHAO ALONG ABRASIVE TOOLS CO LTD, Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiffs GoClips, LLC, and Z Keepers, LLC, brought this action for patent infringement against Defendants Along Tools, Inc, and Rizhao Along Abrasive Tools Co Ltd d/b/a Along Tools Inc. Dkt 1 at ¶¶31–50. The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 21.

Plaintiffs sought and obtained an entry of default against both Defendants. See Dkt 17. Plaintiffs then moved for default judgment. Dkt 22. Prior order adopted Judge Ho's recommendation that default judgment be granted as to Along Tools but denied as to Rizhao for lack of proper service. See Dkts 23 & 27. A final default judgment for permanent injunction against Along Tools was issued. Dkt 29.

Plaintiffs were ordered to submit proof of valid service on Rizhao by May 23, 2026. Dkt 30. The latest return of service reflects that it was properly served on May 14, 2026. Dkt 35-12 at 2.

Plaintiffs then moved for default judgment against Rizhao. Dkt 35. Judge Ho recommends that the motion be granted. Dkt 36. She also recommends that a single final judgment be entered as to both Rizhao and Along Tools. Id at 14.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 36.

The motion by Plaintiffs GoClips, LLC, and Z Keepers, LLC, for default judgment against Defendant Rizhao Along Abrasive Tools Co Ltd d/b/a Along Tools Inc is GRANTED. Dkt 35.

Default judgment is now ENTERED against Defendant Rizhao Along Abrasive Tools Co Ltd d/b/a Along Tools Inc. It is thus FOUND to be liable for direct patent infringement as asserted and PERMANENTLY ENJOINED from further infringing the '754 patent.

A final judgment will enter separately.

SO ORDERED.

Signed on November 12, 2026 at Houston, Texas.

Honorable Charles Eskridge
United States District Judge